**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mauro GUZMAN–ARROYO,**
**Defendant–Appellant.**

**No. 04–40073**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 12, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Guillermo Ruben Garcia, Laredo, TX, for Defendant–Appellant.

Before BENAVIDES DENNIS and OWEN, Circuit Judges.

PER CURIAM: *

Mauro Guzman–Arroyo appeals from his guilty-plea conviction for illegal reentry of a deported alien. For the first time on appeal, he argues that his sentence should be vacated and the case remanded for resentencing in light of *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). He does not allege that a Sixth Amendment violation occurred but, instead, asserts that the district court would have imposed a lesser sentence under an advisory sentencing scheme. Guzman–Arroyo's claim fails to meet the plain-error standard because he has not shown that the error affected his substantial rights. *See United States v. Mares,* 402 F.3d 511, 521 (5th Cir.2005), *petition for cert. filed* (Mar. 31, 2005) (No. 04–9517); *United States v. Valenzuela–Quevedo,* 407 F.3d 728, 732–33 (5th Cir.2005).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.